**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JIMMY TOBIAS, <br> 1336 N Cranbrook Rd. <br> Bloomfield Village, MI 48301 <br> <br> Plaintiff, <br> <br> v. <br> <br> UNITED STATES DEPARTMENT OF <br> INTERIOR, OFFICE OF THE SECRETARY, <br> 1849 C Street NW <br> Washington, DC 20240 <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-02342 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

1. Plaintiff JIMMY TOBIAS brings this suit to overturn Defendant UNITED STATES DEPARTMENT OF INTERIOR, OFFICE OF THE SECRETARY's failure to timely respond to TOBIAS' FOIA requests.

**PARTIES**

2. Plaintiff JIMMY TOBIAS is an independent reporter with Pacific Standard magazine and The Guardian, and is the FOIA requester in this case.

3. Defendant DEPARTMENT OF INTERIOR (DOI) is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B) because this District is always a permissible venue for federal FOIA suits.

**FEBRUARY 20 REQUEST (DEVITO WEA MEETING)**

6. On February 20, 2018, TOBIAS requested "access to and copies of any documents, communications or notes concerning Vincent DeVito's August 3, 2017 speech at the Western Energy Alliance annual meeting in Beaver Creek, Colorado." Ex. A.

7. On June 14, 2018, DOI acknowledged receipt of the request. Ex. A.

8. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

9. As of the date of filing, DOI has produced no responsive records.

**APRIL 19 REQUEST (DEVITO HORNSHELL)**

10. On April 19, 2018, TOBIAS requested "any and all written or electronic communications, including attachments, sent or received by DOI Energy Counselor Vincent DeVito that contains one or more of the following words or phrases: 'Texas hornshell', 'TX hornshell', 'hornshell listing' and/or 'hornshell'" from between July 11, 2017 and August 18, 2017. Ex. B.

11. As of the date of filing, DOI has not even acknowledged receipt of the request, let alone produced any responsive records.

**MAY 9 REQUEST (COMBS ESA COMMS)**

12. On May 9, 2018, TOBIAS requested all "written or electronic communications, including attachments, sent or received by Acting Secretary for Fish, Wildlife and Parks Susan Combs, or her executive assistant, that contain one or more of the following words or phrases: 'Endangered Species Act', 'ESA', 'endangered species', 'threatened species', 'sage grouse', 'Texas

hornshell', 'sagebrush lizard', 'incidental take', '4(d) rule' and/or '4(d)'" from April 1, 2018, through the date of the request.  Ex. C.

13. On May 22, 2018, DOI mistakenly responded with an acknowledgement of the wrong request, addressed to the wrong person.  Ex. D.

14. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

15. As of the date of filing, DOI has produced no responsive records.

### MAY 9 REQUEST (ANDERSON COMMUNICATIONS)

16. On May 9, 2018, TOBIAS requested "[a]ll written or electronic communications, including attachments, sent or received by Michael Anderson, executive assistant to Katharine MacGregor, that contain one or more of the following words or phrases: 'mining', 'mountain top removal', 'mountaintop removal', 'MTR', 'health impacts', 'health risks', 'surface mining', 'National Academies' and/or 'National Academy'" from June 1, 2017, through October 31, 2017.  Ex. E.

17. On May 22, 2018, DOI acknowledged receipt of the request.  Ex. E.

18. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

19. As of the date of filing, DOI has produced no responsive records.

### MAY 10 REQUEST (DOMENECH TEXAS PUBLIC POLICY FOUNDATION)

20. On May 10, 2018, TOBIAS requested all "documents and written and electronic communications, including attachments, that relate to the April 6, 2017 meeting between Assistant Secretary Douglas Domenech and Rob Henneke of the Texas Public Policy Foundation."  Ex. F.

21. As of the date of filing, DOI has not even acknowledged receipt of the request, let alone produced any responsive records.

### MAY 11 REQUEST (DOMENECH RED RIVER)

22. On May 11, 2018, TOBIAS requested all "written or electronic communications, including attachments, sent or received by Douglas Domenech and/or his executive assistant(s) that contain one or more of the following words or phrases: 'red river', 'red river case', 'property rights', 'Henneke', 'Texas Public Policy Foundation', and/or 'TPPF'" from between March 1, 2017 and November 30, 2017.  Ex. G.

23. On May 22, 2018, DOI acknowledged receipt of the request.  Ex. G.

24. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

25. As of the date of filing, DOI has produced no responsive records.

### MAY 17 REQUEST (MACGREGOR PETROLEUM AND MINING SPEECH)

26. On May 17, 2018, TOBIAS requested a "copy of DOI appointee Katharine MacGregor's November 2017 speech to the Grand Junction Petroleum and Mining Club."  Ex. H.

27. On May 30, 2018, DOI acknowledged receipt of the request.  Ex. H.

28. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

29. As of the date of filing, DOI has not produced any responsive records.

### MAY 17 REQUEST (MACGREGOR MVP 1)

30. On May 17, 2018, TOBIAS requested any and all " written or electronic communications, including attachments, sent or received by DOI appointee Katharine MacGregor and/or her immediate executive staff, including Michael Anderson, that include one or more of

the following words or phrases: 'Mountain Valley Pipeline', 'Mountain Valley' and/or 'MVP'" from between May 1, 2017 and the date of production.  Ex. I.

31. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

32. As of the date of filing, DOI has produced no responsive records.

### MAY 17 REQUEST (MACGREGOR MVP 2)

33. On May 17, 2018, TOBIAS requested any and all "written or electronic correspondence, including attachments, between DOI appointee Katharine MacGregor (or her executive assistant Michael Anderson) and any outside email address that contains the the following: @bkstrategies.com."  Ex. J.

34. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

35. As of the date of filing, DOI has produced no responsive records.

### JUNE 14 REQUEST (WYNN SPN COMMS)

36. On June 14, 2018, TOBIAS requested any and all "written or electronic communications, including attachments, between Todd Wynn, the Director of Intergovernmental and External Affairs, and any agent, representative or employee of the State Policy Network. This requests includes any and all communications between Wynn and any email address that ends in '@spn.org'" from September 1, 2017 through the date of the request.  Ex. K.

37. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

38. As of the date of filing, DOI has produced no responsive records.

## JUNE 14 REQUEST (FUNES PERC COMMS)

39. On June 14, 2018, TOBIAS requested any and all "written or electronic communications, including attachments, between Jason Funes in the Office of External Affairs and any agent, representative or employee of the Property and Environment Research Center. This requests includes any and all communications between Funes and any email address that ends in '@perc.org'" from September 1, 2017, through the date of the request.  Ex. L.

40. On July 18, 2018, DOI acknowledged receipt of the request.  Ex. L.

41. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

42. As of the date of filing, DOI has produced no responsive records.

## JUNE 14 REQUEST (FUNES SPN COMMS)

43. On June 14, 2018, TOBIAS requested any and all "written or electronic communications, including attachments, between Jason Funes in the Office of External Affairs and any agent, representative or employee of the State Policy Network. This requests includes any and all communications between Funes and any email address that ends in '@spn.org'" from September 1, 2017, through the date of the request.  Ex. M.

44. On July 18, 2018, DOI acknowledged receipt of the request.  Ex. M.

45. Over the following months, TOBIAS contacted DOI numerous times for an update, but DOI never provided an update or responded at all.

46. As of the date of filing, DOI has produced no responsive records.

**COUNT I – DOI'S FEBRUARY 20 (DEVITO WEA MEETING) VIOLATION OF FOIA**

47. The above paragraphs are incorporated by reference.

48. Defendant DOI is an agency subject to FOIA.

49. The requested records are not exempt under FOIA.

50. DOI has refused to produce the requested records in a timely manner.

## COUNT II – DOI'S APRIL 19 (DEVITO HORNSHELL) VIOLATION OF FOIA

51. The above paragraphs are incorporated by reference.

52. Defendant DOI is an agency subject to FOIA.

53. The requested records are not exempt under FOIA.

54. DOI has refused to produce the requested records in a timely manner.

## COUNT III – DOI'S MAY 9 (COMBS ESA COMMS) VIOLATION OF FOIA

55. The above paragraphs are incorporated by reference.

56. Defendant DOI is an agency subject to FOIA.

57. The requested records are not exempt under FOIA.

58. DOI has refused to produce the requested records in a timely manner.

## COUNT IV – DOI'S MAY 9 (ANDERSON COMMUNICATIONS) VIOLATION OF FOIA

59. The above paragraphs are incorporated by reference.

60. Defendant DOI is an agency subject to FOIA.

61. The requested records are not exempt under FOIA.

62. DOI has refused to produce the requested records in a timely manner.

## COUNT V – DOI'S MAY 10 (DOMENECH TEXAS PUBLIC POLICY FOUNDATION) VIOLATION OF FOIA

63. The above paragraphs are incorporated by reference.

64. Defendant DOI is an agency subject to FOIA.

65. The requested records are not exempt under FOIA.

66. DOI has refused to produce the requested records in a timely manner.

## COUNT VI – DOI'S MAY 11 (DOMENECH RED RIVER) VIOLATION OF FOIA

67. The above paragraphs are incorporated by reference.

68. Defendant DOI is an agency subject to FOIA.

69. The requested records are not exempt under FOIA.

70. DOI has refused to produce the requested records in a timely manner.

## COUNT VII – DOI'S MAY 17 (MACGREGOR PETROLEUM AND MINING SPEECH) VIOLATION OF FOIA

71. The above paragraphs are incorporated by reference.

72. Defendant DOI is an agency subject to FOIA.

73. The requested records are not exempt under FOIA.

74. DOI has refused to produce the requested records in a timely manner.

## COUNT VIII – DOI'S MAY 17 (MACGREGOR MVP 1) VIOLATION OF FOIA

75. The above paragraphs are incorporated by reference.

76. Defendant DOI is an agency subject to FOIA.

77. The requested records are not exempt under FOIA.

78. DOI has refused to produce the requested records in a timely manner.

## COUNT IX – DOI'S MAY 17 (MACGREGOR MVP 2) VIOLATION OF FOIA

79. The above paragraphs are incorporated by reference.

80. Defendant DOI is an agency subject to FOIA.

81. The requested records are not exempt under FOIA.

82. DOI has refused to produce the requested records in a timely manner.

## COUNT X – DOI'S JUNE 14 (WYNN SPN COMMS) VIOLATION OF FOIA

83. The above paragraphs are incorporated by reference.

84. Defendant DOI is an agency subject to FOIA.

85. The requested records are not exempt under FOIA.

86. DOI has refused to produce the requested records in a timely manner.

### COUNT XI – DOI'S JUNE 14 (FUNES PERC COMMS) VIOLATION OF FOIA

87. The above paragraphs are incorporated by reference.

88. Defendant DOI is an agency subject to FOIA.

89. The requested records are not exempt under FOIA.

90. DOI has refused to produce the requested records in a timely manner.

### COUNT XII – DOI'S JUNE 14 (FUNES SPN COMMS) VIOLATION OF FOIA

91. The above paragraphs are incorporated by reference.

92. Defendant DOI is an agency subject to FOIA.

93. The requested records are not exempt under FOIA.

94. DOI has refused to produce the requested records in a timely manner.

**WHEREFORE,** Plaintiff asks the Court to:

i. Order Defendant to produce the requested records;

ii. Award Plaintiff attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

*/s/ Joshua Hart Burday*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, Bar No. IL0037
Joshua Burday, Bar No. IL0042
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607

(312) 243-5900
matt@loevy.com
joshb@loevy.com